# Court of Appeals
# of the State of Georgia

ATLANTA,  February 24, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1913. STOREY et al. v. INTERSTATE ELECTRICAL SUPPLY, INC.**

Following the denial of the appellants' summary judgment motion in the trial court, this Court granted the appellants' application for interlocutory review without the benefit of the complete record. After a full review of the appellate briefs and the entire record, it is determined that the appeal was improvidently granted. Accordingly, the order granting the appellants' application is VACATED, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/24/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*